## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>        Plaintiffs,<br><br>    v.<br><br>COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*<br><br>        Defendants. | Civil Action No.   1:24-cv-08451 |

## DIVERSITY DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a)(2) of the Federal Rule of Civil Procedure, Named Defendants

Compact Information Systems, LLC, Accudata Integrated Marketing, Inc.,

Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group (collectively, the "Named Defendants") hereby state the following:

1.      Compact Information Systems, LLC d/b/a Deep Sync is a registered Washington Limited Liability Company with its principal place of business located at 7120 185th Ave NE, Redmond, WA 98052

2.      Accudata Integrated Marketing, Inc. is a registered Washington Limited Liability Company with its principal place of business located at 12901 McGregor Blvd., Suite 1A, Fort Myers, FL 33919.

3.      Alumnifinder is not an independently registered legal entity, but rather is operated by Accudata Integrated Marketing, Inc.

4.      ASL Marketing, LLC is a registered Washington Limited Liability Company with its principal place of business located at 7120 185th Ave NE, Redmond, WA 98052

5.      College Bound Selection Service is not an independently registered legal entity, but rather is operated by  ASL Marketing, LLC.

6.       Deepsync Labs Corporation is a registered New Jersey Limited Liability Company with its principal place of business located at 7120 185th Ave NE, Redmond, WA 98052.

7.      Homedata is not an independently registered legal entity, but rather is operated by  Compact Information Systems, LLC d/b/a Deep Sync.

8.      Student Research Group Service is not an independently registered legal

entity, but rather is operated by Compact Information Systems, LLC d/b/a Deep

Sync.

Pursuant to 28 U.S.C. 1746 and Fed. R. Civ. P. 11, I certify the following is true and

accurate.

Respectfully submitted,

*/s/ Jared K. Levy*
Jared K. Levy
400 Connell Drive, Suite 1100
Berkeley Heights, NJ 07922
jlevy@wshblaw.com

**Attorneys for Compact Information
Systems, LLC, Accudata Integrated
Marketing, Inc., Alumnifinder, ASL
Marketing, Inc., College Bound
Selection Service, Deepsync Labs,
Homedata,  Student Research Group**

.

3