

400 Connell Drive • Suite 1100 • Berkeley Heights, NJ • 07922
**tel** 973.265.9901 • **fax** 973.265.9925 • www.wshblaw.com

**Jared K. Levy**
**direct dial** 914.353.3859
**email** jlevy@wshblaw.com
**refer to** 12373.0012

August 21, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United Stated District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:     *Atlas Data Privacy Corp., et al v. Compact Information Systems, LLC, et al, (Case No. 1:24-cv-08451-HB)* – **Joinder in Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents Defendants, Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group (collectively, the "Defendants") in the above-referenced matter.

This action was timely removed to the United States District Court for the District of New Jersey on August 13, 2024 (ECF No. 1) and was subsequently assigned to Your Honor on August 19, 2024 (ECF No. 3).

We write to advise the Court that, although this matter was only recently removed subsequent to the filing, Defendants request to join the Consolidated Motion to Dismiss Brief filed in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Case No. 1:24-cv-04105-HB (the "Consolidated Motion to Dismiss").

For the reasons set forth in the Consolidated Motion to Dismiss, Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Our File No.: 12373.0012
August 21, 2024
Page 2

Respectfully submitted,

WOOD, SMITH, HENNING & BERMAN LLP

By: _____
JARED K. LEVY
CHRISTOPHER J. SEUSING
*pro hac vice forthcoming*
SEAN V. PATEL
*pro hac vice forthcoming*
*Attorneys for Defendants*
400 Connell Drive, Suite 1100
Berkeley Heights, NJ 07922
Tel.: (973) 265-9901
cseusing@wshblaw.com
jlevy@wshblaw.com
spatel@wshblaw.com