```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : : : | CIVIL ACTION |
| v. | : : | |
| COMPACT INFORMATION SYSTEMS, LLC, et al. | : : | NO. 24-8451 |

### ORDER

AND NOW, this 22nd day of August, 2024, upon consideration of the letter from Defendants dated August 21, 2024 (Doc. #13), it is hereby ORDERED that:

(1) Defendants may join in the Consolidated Motion to Dismiss Brief which was filed in <u>Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.</u>, Civil Action No. 24-4105 (Doc. #27).

(2) This action is stayed pending further order of the court, except as to any motion of Plaintiffs to remand and any discovery and briefing by the parties on subject matter jurisdiction.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.