# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>    Plaintiffs,<br><br>    v.<br><br>COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*<br><br>    Defendants. | Civil Action No. 1:24-cv-08451 |

**APPLICATION AND CERTIFICATION OF JARED K. LEVY, ESQUIRE IN SUPPORT OF THE PRO HAC VICE ADMISSION OF CO-COUNSEL**

I, Jared K. Levy, Esquire, being of full age, hereby certify:

1

1. I am a partner with the law firm of Wood Smith Henning & Berman LLP, 5 walker Avenue, Suite 200, White Plains, NY 10601. I have been certified to practice law continuously in the Commonwealth of Pennsylvania since 2003, in the State of New Jersey since 2003 and the Supreme Court of New York since 2017. I am presently a member in good standing of the Bar in these jurisdictions. In addition, I am admitted to practice in the United States District Courts for the Eastern District of Pennsylvania, District of New Jersey, Eastern District of New York, and Southern District of New York. I am not under suspension or disbarment by these courts or by any other court or jurisdiction.

2. I submit this certification in support of the application of Named Defendants Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group (collectively, the "Named Defendants") for an Order permitting Sean V. Patel, Esquire an attorney licensed to practice in the State of Connecticut, to participate in this action *pro hac vice* as co-counsel for Named Defendants.

3. Pursuant to L. Civ. R. 101.1(c), I will serve as co-counsel to Mr. Patel throughout this action and I, or another attorney associated with Wood Smith Henning & Berman LLP who is admitted to the Bar of this Court, will take responsibility for and sign all pleadings, briefs, and other papers submitted to the Court on behalf of

Named Defendants.  Further, I agree to promptly notify counsel admitted *pro hac vice* of the receipt of all notices, orders, and pleadings.

4. I further understand that Mr. Patel shall promptly make payment to the New Jersey Lawyer's Fund for Client Protection as provide by New Jersey Rule 1:28-2(a) for any year in which he continues to appear in this matter.

5. For the foregoing reasons, on behalf of Named Defendants, I respectfully request that the Court grant Named Defendants' application to have Sean V. Patel, Esquire admitted *pro hac vice* to appear and participate as co-counsel in this matter pursuant to L. Civ. R. 101.1(c).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of those statements are willfully false, I am subject to punishment.

Dated:  August 29, 2024

>                          Respectfully submitted,
>
>                          */s/ Jared K. Levy*
>                          Jared K. Levy
>                          WOOD SMITH HENNING & BERMAN, LLP
>                          5 Walker Avenue, Suite 200
>                          White Plains, NY 10601
>                          jlevy@wshblaw.com
>                          **Attorneys for Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata,  Student Research Group**

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>Plaintiffs,<br><br>v.<br><br>COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*<br><br>Defendants. | Civil Action No. 1:24-cv-08451 |

**CERTIFICATION OF SEAN V. PATEL, ESQUIRE IN SUPPORT OF
APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Sean V. Patel, Esquire, being of full age, hereby certify:

34383587.1:12373-0012

1. I am an associate with the law firm of Wood Smith Henning & Berman LLP, 33 Riverside Avenue, Suite 502, Westport, CT 06880.

2. I am an attorney and member of the Bar of the State of Connecticut and have been since 2020.

3. I am not under suspension or disbarment by any court. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this certification in support of the application of Named Defendants Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group (collectively, the "Named Defendants") to permit me to appear and participate *pro hac vice* as co-counsel for Named Defendants in this matter.

5. I am familiar with the facts and legal issues relating to this litigation and Named Defendants have requested my representation in this matter.

6. I am associated to this matter with Jared K. Levy, Esquire of Wood Smith Henning & Berman LLP, who is attorney of record for Named Defendants and is authorized to practice law in the State of New Jersey, and is a member in good standing of the Bar of this Court.

34383587.1:12373-0012

7. Upon being admitted to appear and participate in this matter pro hac vice, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28(a) for any year in which I continue to appear in this matter.

8. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as required by L. Civ. R. 101.1(c).

9  I understand and acknowledge that upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and have a continuing obligation during the period of my admission *pro hac vice* in this matter to promptly advise this Court of any disciplinary proceedings hereafter instituted.

10. I agree to be bound by the Rules governing practice in New Jersey courts, including disciplinary rules.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of those statements are willfully false, I am subject to punishment.

/s/ *Sean V. Patel*

_____
Sean V. Patel, Esquire

Dated: August 29, 2021

34383587.1:12373-0012

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>          Plaintiffs,<br><br>     v.<br><br>COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*<br><br>          Defendants. | Civil Action No. 1:24-cv-08451 |

## ORDER FOR PRO HAC VICE ADMISSION OF
## <u>SEAN V. PATEL, ESQUIRE</u>

This matter having been brought before the Court by Wood Smith Henning & Berman LLP (Jared K. Levy, Esq.), counsel for Named Defendants Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group (collectively, the "Named Defendants") for an Order allowing Sean V. Patel, Esquire to appear and participate *pro hac vice*, and the Court having considered the declarations submitted herewith; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this _____ day of _____, 2024

**ORDERED** that Sean V. Patel, Esquire, a member of good standing of the Bar of the State of Connecticut, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Wood Smith Henning & Berman LLP, attorneys of record for Named Defendants, who is admitted to the Bar of this Court and shall be held responsible for the said papers and the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Sean V. Patel, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2)

and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year; and it is further

**ORDERED** that Sean V. Patel, Esquire, shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Sean V. Patel, Esquire, shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Sean V. Patel, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Sean V. Patel, Esquire, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive notifications in this matter.

_____
Harvey Bartle, III, U.S.D.C.J.