# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>        Plaintiffs,<br><br>   v.<br><br>COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*<br><br>        Defendants. | Civil Action No. 1:24-cv-08451 |

## ORDER FOR PRO HAC VICE ADMISSION OF
## <u>SEAN V. PATEL, ESQUIRE</u>

34288805.1:12373-0012

This matter having been brought before the Court by Wood Smith Henning & Berman LLP (Jared K. Levy, Esq.), counsel for Named Defendants Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group (collectively, the "Named Defendants") for an Order allowing Sean V. Patel, Esquire to appear and participate *pro hac vice*, and the Court having considered the declarations submitted herewith; and this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown;

**IT IS** on this  3rd  day of  September , 2024

**ORDERED** that Sean V. Patel, Esquire, a member of good standing of the Bar of the State of Connecticut, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Wood Smith Henning & Berman LLP, attorneys of record for Named Defendants, who is admitted to the Bar of this Court and shall be held responsible for the said papers and the conduct of the attorney admitted hereby; and it is further

**ORDERED** that Sean V. Patel, Esquire, shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2)

and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order, unless previously paid for the current calendar year; and it is further

**ORDERED** that Sean V. Patel, Esquire, shall make payment of $250.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that Sean V. Patel, Esquire, shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and L. Civ. R. 104.1, <u>Discipline of Attorneys</u>; and it is further

**ORDERED** that Sean V. Patel, Esquire, shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

**ORDERED** that Sean V. Patel, Esquire, may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive notifications in this matter.

/s/ Harvey Bartle III
_____
Harvey Bartle, III, U.S.D.C.J.