## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>       Plaintiffs,<br><br>   v.<br><br>COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*<br><br>       Defendants. | Civil Action No. 1:24-cv-08451 |

**CERTIFICATION OF CHRISTOPHER J. SEUSING, ESQUIRE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

    I, Christopher J. Seusing, Esquire, being of full age, hereby certify:

1. I am a Partner with the law firm of Wood Smith Henning & Berman LLP, 685 3rd Avenue, 18th Floor, New York, NY 10017. I have been certified to practice law continuously in the State of New York since 2015, in the State of Connecticut since 2019, in the State of Massachusetts since 2006 and the State of New Hampshire since 2006.

2. I am not under suspension or disbarment by any court. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. I submit this certification in support of the application of Named Defendants Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group (collectively, the "Named Defendants") to permit me to appear and participate *pro hac vice* as co-counsel for Named Defendants in this matter.

5. I am familiar with the facts and legal issues relating to this litigation and Named Defendants have requested my representation in this matter.

6. I am associated to this matter with Jared K. Levy, Esquire of Wood Smith Henning & Berman LLP, who is attorney of record for Named Defendants and is authorized to practice law in the State of New Jersey, and is a member in good standing of the Bar of this Court.

7. Upon being admitted to appear and participate in this matter pro hac vice, I shall promptly make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Rule 1:28(a) for any year in which I continue to appear in this matter.

8. Upon being admitted to appear and participate in this matter *pro hac vice*, I shall also promptly make payment to the Clerk of the United States District Court for the District of New Jersey as required by L. Civ. R. 101.1(c).

9  I understand and acknowledge that upon admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court and have a continuing obligation during the period of my admission *pro hac vice* in this matter to promptly advise this Court of any disciplinary proceedings hereafter instituted.

10. I agree to be bound by the Rules governing practice in New Jersey courts, including disciplinary rules.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of those statements are willfully false, I am subject to punishment.

_____
Christopher J. Seusing, Esquire

Dated: August 29, 2021

34383599.1:12373-0012