UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   October 1, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   JOHN KURZ

**TITLE OF CASE:**                **DOCKET NO.:** 24-8451 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
COMPACT INFORMATION SYSTEMS, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   HEARING ON DEFENDANTS' CONSOLIDATED MOTION TO DISMISS

Hearing on Defendants' Consolidated Motion to Dismiss held on the record.
Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 1:30p.m.     Time Adjourned:  4:00p.m.     Total Time in Court: 2:30