IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN<br><br>   Plaintiffs,<br><br>  v.<br><br>COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*<br><br>   Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No.: 1:24-cv-08451-HB |

  **PLEASE TAKE NOTICE**, that Jacqueline Murphy, an attorney with the law firm, WOOD, SMITH, HENNING, & BERMAN LLP, hereby appears in this action on behalf of Defendants, COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED

MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA and STUDENT RESEARCH GROUP.

Dated: October 3, 2024

                                     WOOD, SMITH, HENNING, & BERMAN LLP

                                     By: *Jacqueline Murphy*
                                         JACQUELINE MURPHY
*Attorneys for Defendants,*
COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA and STUDENT RESEARCH GROUP.
400 Connell Drive
Berkeley Heights, NJ 07922
Tel. (914) 353-3807
E: jmurphy@wshblaw.com