UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   January 14, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   JOHN KURZ

**TITLE OF CASE:**   **DOCKET NO.:** 24-8451 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
COMPACT INFORMATION SYSTEMS, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:53a.m.    Time Adjourned: 10:54a.m.    Total Time in Court: 0:01