

Jared K. Levy

**direct dial** 914.353.3859
**email** jlevy@wshblaw.com
**refer to** 12373.0012

400 Connell Drive • Suite 1100 • Berkeley Heights, NJ • 07922
**tel** 973.265.9901 • **fax** 973.265.9925 • www.wshblaw.com

March 18, 2025

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United Stated District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:     ***Atlas Data Privacy Corp., et al v. Compact Information Systems, LLC, et al, (Case No. 1:24-cv-08451-HB)*** **– Joinder in Consolidated Rule 12(b)(6) Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents Defendants, Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group (collectively, the "Defendants") in the above-referenced matter.

We write to advise the Court that pursuant to ECF No. 36, Defendants request to join the Consolidated Rule 12(b)(6) Motion to Dismiss Brief filed in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group, Inc., et al*., Case No. 1:24-cv-4075-HB (the "Consolidated Rule 12(b)(6) Motion to Dismiss").

For the reasons set forth in the Consolidated Rule 12(b)(6) Motion to Dismiss, Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

**WOOD • SMITH • HENNING • BERMAN**

Our File No.: 12373.0012
March 18, 2025
Page 2


Respectfully submitted,

WOOD, SMITH, HENNING & BERMAN LLP


By:
_____
JARED K. LEVY
CHRISTOPHER J. SEUSING
*pro hac vice forthcoming*
SEAN V. PATEL
*pro hac vice forthcoming*
*Attorneys for Defendants*
400 Connell Drive, Suite 1100
Berkeley Heights, NJ 07922
Tel.: (973) 265-9901
cseusing@wshblaw.com
jlevy@wshblaw.com
spatel@wshblaw.com