UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:  April 2, 2025

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**   SHARON RICCI

**TITLE OF CASE:**          **DOCKET NO.:** 24-8451 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
COMPACT INFORMATION SYSTEMS, LLC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.

s/Lawrence Macstravic
Deputy Clerk

Time Commenced: 10:37a.m.    Time Adjourned: 10:38a.m.    Total Time in Court: 0:01