

400 Connell Drive • Suite 1100 • Berkeley Heights, NJ • 07922
tel 973.265.9901 • fax 973.265.9925 • www.wshblaw.com

**Jared K. Levy**
direct dial 914.353.3859
email jlevy@wshblaw.com

November 3, 2025

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United Stated District Court for the
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

   Re:      *Atlas Data Privacy Corp., et al v. Compact Information Systems, LLC, et al* **(Case No. 1:24-cv-08451-HB) – Docket Entry 61 – Order**

Dear Judge Bartle:

This firm represents Compact Information Systems, LLC, Accudata Integrated Marketing, Inc., Alumnifinder, ASL Marketing, Inc., College Bound Selection Service, Deepsync Labs, Homedata, and Student Research Group (collectively, the "Defendants") in the above-referenced matter. Per Your Honor's Order entered on September 12, 2025, Docket No. 61, Defendants[1] respectfully request that this case and the related cases pending before Your Honor be stayed at this time.

**Stay Case Pending NJ Supreme Court & Third Circuit Decisions**

On October 21, 2025, the New Jersey Supreme Court notified the parties that it accepted the petition for certification of questions regarding the *mens rea* issue and reformulated the question in accordance with Rule 2:12A-2 as follows:

> What mental state, if any, is required to establish liability under Daniel's Law. N.J.S.A. 56:8-1661?

*R-3 September Term 2025, 091145*. The New Jersey Supreme Court further Ordered the following briefing schedule: Appellants' Brief due November 20, 2025, Respondents' Opposition Brief due December 11, 2025, and Appellants' Reply Brief due December 18, 2025. The Clerk of Court shall thereafter set the matter down for oral argument in due course. *Ibid.* As such briefing is now

---

[1] Other defendants in these cases join this request as indicated on their respective docket filings.

Honorable Harvey Bartle III, U.S.D.J.
November 3, 2025
Page 2

underway, and the Supreme Court's determination in this regard will impact these cases particularly with respect to the scope of liability discovery, Defendants respectfully request that a stay be issued by this Court pending same.

In further support of the renewed request for a stay, Defendants note the efficiency for the Court and the litigants for all cases in federal court to proceed on the same schedule. This Court issued an Order on October 30, 2025, Docket. No. 65, extending the deadline for certain cases to complete jurisdictional discovery until December 1, 2025 and canceling the previously scheduled November 12, 2025 Status Conference. As such, if discovery were to proceed at this time with respect to the merits of the claims of some cases while other cases remain actively involved in jurisdictional discovery, such scheduling would necessarily create duplication of efforts for both this Court and the parties. Staying merits discovery for all cases until jurisdictional issues are resolved would promote the most efficient discovery process for all involved.

### Limited Discovery Unrelated to *Mens Rea*

In the alterative, should this Court deny a stay at this time, with a full reservation of rights to renew its request for a stay, Defendants propose the following initial discovery schedule:

To streamline discovery and overall case management, Defendants recommend two tracks of discovery: **Track 1** for those <u>without</u> jurisdiction challenges (36 Cases[2]), and **Track 2** for those <u>with</u> jurisdictional challenges (16 Cases[3]). Below is a proposal for Track 1, with a proposed scope limitation to general party information – such as business type, terms of use, cover persons details, and cover information details - which information will not change and will not be impacted by the ultimate decision by the New Jersey Supreme Court on the *mens rea* issue.

---

[2] Of these cases, 7 filed Counterclaims. Plaintiffs' responsive pleadings were due October 24, 2025. Defendants agreed to Plaintiffs' request to extension until December 5, 2025.

[3] Of the previously stayed cases, 3 filed motions to dismiss based on jurisdiction. Plaintiffs' served jurisdiction discovery demands on October 28, 2025. Defendants' responses are due November 28, 2025, and the jurisdictional discovery deadline on these cases is December 22, 2025.

40464200.1:12373-0012

Honorable Harvey Bartle III, U.S.D.J.
November 3, 2025
Page 3

### Track 1: Non-Jurisdictional Cases

| Date | Item | Details/Topics |
|---|---|---|
| 1/19/26 | Parties to serve *Limited* Interrogatories: 10 per side and per case. | Plaintiffs' demands limited to:<br>• Type of business<br>• Types of Agreements, contracts, and terms of use generally<br>• Availability of information generally<br><br>Defendants' demands limited to:<br>• Basis for alleged noncompliance in Complaint<br>• Covered person status<br>• Covered information |
| 2/27/26 | Deadline to Serve Objections and Responses to Interrogatories | |
| 3/20/26 | Deadline to Serve Document Demands – same limit/scope as above (10 per side/case) | |
| 4/17/26 | Deadline to Serve Objections and Responses to Document Demands | |
| 5/4/26 | Deadline to meet and confer re discovery disputes | |
| 5/18/26 | Joint Status Letter Submission - To include discovery status, suggested motions and briefing, and scheduling matters | |
|  | Case Management Conference - TBD by Court | |

### Track 2: Jurisdictional Cases - *TBD following briefing*

Thank you for your consideration.

Honorable Harvey Bartle III, U.S.D.J.
November 3, 2025
Page 4


Respectfully submitted,


WOOD, SMITH, HENNING & BERMAN LLP

By: _____
 JARED K. LEVY
 CHRISTOPHER J. SEUSING
 *pro hac vice forthcoming*
 SEAN V. PATEL
 *pro hac vice forthcoming*
 *Attorneys for Defendants*
 400 Connell Drive, Suite 1100
 Berkeley Heights, NJ 07922
 Tel.: (973) 265-9901
 cseusing@wshblaw.com
 jlevy@wshblaw.com
 spatel@wshblaw.com