IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| i360, LLC, et al. | : | NO. 24-4345 |

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al. | : | CIVIL ACTION |
| v. | : | |
| COMPACT INFORMATION SYSTEMS, LLC, et al. | : | NO. 24-8451 |

ORDER

AND NOW, this 10th day of March 2026, it is hereby ORDERED that the status conference in the above actions scheduled for Tuesday, March 17, 2026 at 11:00 a.m. is cancelled.

BY THE COURT:

/s/ Harvey Bartle III
                               J.

1