**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF NEW JERSEY**

ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, JANE DOE-1, a law enforcement officer, JANE DOE-2, a law enforcement officer, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,

Plaintiffs,

v.

COMPACT INFORMATION SYSTEMS, LLC, ACCUDATA INTEGRATED MARKETING, INC., ALUMNIFINDER, ASL MARKETING, INC., COLLEGE BOUND SELECTION SERVICE, DEEPSYNC LABS, HOMEDATA, STUDENT RESEARCH GROUP, RICHARD ROES 1-10, Fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,

Defendants.

Case No. 24-8451

**FULL RELEASE AND DISCHARGE OF ATTORNEY'S CHARGING LIENS**

PLEASE TAKE NOTICE that GENOVA BURNS LLC ("Lienholder"), former counsel for Plaintiffs, hereby releases and discharges its attorney's charging lien as follows:

1. Lienholder irrevocably releases, waives, and discharges any attorney's charging lien it holds or claims under N.J.S.A. 2A:13-5 or any lien for sums due and owing to Lienholder for attorneys' fees or costs arising from its representation of Plaintiffs, including any such lien upon the claims asserted in this action and any resulting settlement, verdict, award, judgment, or proceeds.

2. This release includes the lien filed on the docket in the above referenced action [DN39], filed on March 13, 2025. The notice of lien is hereby withdrawn.

3. The undersigned represents that the undersigned is authorized to execute this release on behalf of Lienholder and that Lienholder has not assigned or transferred the lien or any interest in it.

Respectfully submitted,

**GENOVA BURNS LLC**

BY: ____*s/James M. Burns*______
JAMES M. BURNS, ESQ.

Genova Burns LLC
494 Broad Street
Newark, New Jersey 07102
Tel: (973) 535-7101
Fax: (973) 535-7101
jburns@genovaburns.com
*Releasing Lienholder, Genova Burns LLC*

Dated: October 19, 2026

## CERTIFICATION OF SERVICE

On October 19, 2026, I filed the foregoing FULL RELEASE AND DISCHARGE OF ATTORNEY'S CHARGING LIENS with the clerk of court for the District Court, District of New Jersey, via the Court's CM/ECF system, which caused a copy of the foregoing to be served on all counsel of record.

________*s/James M. Burns*__________
JAMES M. BURNS

Dated: October 19, 2026