PEM
LAW LLP

**Julia R. Livingston, Esq.**
jlivingston@pemlawfirm.com
*Office:* +1 973.577.5500
*Direct:* +1 973.640.7659

October 30, 2026

**VIA ECF**
Honorable Harvey Bartle III
District of New Jersey (by designation)
c/o Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

**Re: In re Daniel's Law Litigation**
**Docket Nos. 24-4292 (Melissa Data Corporation)**
**24-4103 (Yardi Systems)**
**24-8451 (Compact Information Systems, LLC)**
**24-4269 (Thomson Reuters)**

Dear Judge Bartle,

As you know, Plaintiffs filed motions for leave to amend their complaints in several cases between October 16 and 19, 2026,[1] with a motion day of November 16, 2026.

The defendants in the above-captioned cases have requested an extension of time to oppose Plaintiffs' motions to amend. The parties have agreed on the below briefing schedule, subject of course to the Court's approval, with an eye towards accommodating the Thanksgiving holiday:

- Defendants' opposition briefs due: November 23, 2026
- Plaintiffs' reply briefs due: December 14, 2026
- Motion day: December 21, 2026

[1] Plaintiffs and Defendants Zillow Group, Inc. and Zillow Group (Docket No. 24-4256) agreed that the proposed amendment would destroy diversity jurisdiction and have submitted a proposed order remanding the case back to the New Jersey Superior Court.

Defendant Deluxe Corporation (Docket No. 24-4080) consented to Plaintiffs filing their proposed amended complaint.

Defendant Delvepoint, LLC (Docket No. 24-4096) submitted a letter stating it will not oppose Plaintiffs' motion to amend.

The parties are available at the Court's convenience to discuss the schedule further.

Respectfully submitted,

**PEM LAW LLP**
*Attorneys for Plaintiffs*

By: */s/ Julia R. Livingston*
JULIA R. LIVINGSTON

c: All counsel of record (via eCourts)